1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7    ELIJAH ANTHONY DOMINGUEZ,              Case No.  20-cv-02361-JD
8                    Plaintiff,
                                            **ORDER OF DISMISSAL**
9           v.
                                            Re: Dkt. No. 2
10   CONTRA COSTA DETENTION
     FACILITY, et al.,
11
                     Defendants.
12
13          Plaintiff, a detainee, has filed a civil rights action.  Plaintiff was sent a notice that he had

14   not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis

15   ("IFP").  He was allowed twenty-eight days to either pay the fee or file a proper application with

16   all the required documents.  More than twenty-eight days has passed and plaintiff has not paid the

17   fee, filed a complete application to proceed IFP or otherwise communicated with the Court.

18   Therefore, this case is **DISMISSED** without prejudice.  Plaintiff's incomplete motion to proceed

19   IFP (Docket No. 2) is **DENIED**.

20          **IT IS SO ORDERED.**

21   Dated: June 19, 2020

22
23                                          _____
24                                          JAMES DONATO
                                            United States District Judge
25
26
27
28

United States District Court
Northern District of California